**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARRIE LYNN WEBB, individually and as successor-in-interest to Keith Roy Webb,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; SHERIFF JOHN MCMAHON, UNDERSHERIFF SHANNON DICUS, CAPTAIN JEFF ROSE, LIBERTY HEALTHCARE OF CALIFORNIA INCORPORATED, a California corporation; and DOES 1-40,<br><br>Defendant. | CASE NO. 5:22-cv-01448-SSS (SPx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Sunshine S. Sykes– Courtroom 2*<br><br>**ORDER RE DISMISSAL WITH PREJUDICE** |

1

**ORDER**

On April 8, 2025, the Parties filed their Joint Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), for voluntary dismissal, with prejudice, of all Defendants in the above captioned case.

The Court, having considered the Parties Stipulation and finding good cause, therefore, hereby GRANTS the Stipulation and ORDERS as follows:

1. All Defendants are dismissed with prejudice in the above captioned case.
2. The above captioned case is dismissed in its entirety with prejudice.
3. The Parties shall bear their own fees and costs associated with the dismissed Defendants and claims.

**IT IS SO ORDERED**.

DATED: April 17, 2025

**SUNSHINE S. SYKES**
United States District Judge